# UNITED STATES DISTRICT COURT

## District of Minnesota

German Coy Ecal,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, David Easterwood,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-1237 (SHL/SGE)

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

In light of the information provided in 8 Status Report confirming Petitioner's release from custody, the Clerk of Court is directed to enter judgment in favor of Petitioner and close the case.

Date: 2/17/2026

KATE M. FOGARTY, CLERK