IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

GERMAN COY ECAL,

　　　　　　Petitioner,

vs.

PAMELA BONDI, Attorney General, KRISTI
NOEM, Secretary, U.S. Department of
Homeland Security, TODD M. LYONS,
Acting Director of Immigration and Customs
Enforcement, and DAVID EASTERWOOD,
Acting Director, St. Paul Field Office
Immigration and Customs Enforcement,

　　　　　　Respondents.

Case No. 0:26-cv-01237-SHL-SGE

**ORDER RESCINDING
CONDITIONS OF RELEASE**

On February 13, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus and ordered that he be immediately released from custody. (ECF 7.) The Court's Order granting Petitioner's release was <u>unconditional</u>; that is, the Court's Order did not impose conditions of release and did not authorize Respondents to impose conditions of release. (Id.) In a status report filed February 16, 2026, Respondents confirmed that Petitioner was released from custody. (ECF 8.) Respondents, however, imposed certain conditions on Petitioner's release, contained in an "Order of Supervision." (ECF 12-1.) On March 3, 2026, Petitioner filed an Emergency Motion to Show Cause asking the Court order Respondents to show cause for failing to comply with the Court's release order and "to compel Respondents to, at the very least, rescind all conditions imposed through the Order of Supervision, including the upcoming appointment for the 'Alternatives to Detention' program." (ECF 11, ¶ 5.) The Court agrees that the conditions imposed through the Order of Supervision of must be rescinded.

**IT IS ORDERED THAT:** The Order of Supervision signed by Petitioner in connection with his release from custody on or about February 13, 2026, is REVOKED and the conditions of release detailed therein are RESCINDED. If Respondents seek to impose new or different conditions on Petitioner's release, they must follow the appropriate pathway for imposing or modifying conditions of release under the applicable legal authority.

1

**IT IS SO ORDERED.**

Dated: March 3, 2026

_____

STEPHEN H. LOCHER
U.S. DISTRICT JUDGE